JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

*E-FILED - 6/24/08*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMAD AGHIGHI, ) <br> ) <br>              Plaintiff ) <br> ) <br>    v. ) <br> ) <br> MICHAEL B. MUKASEY, Attorney ) <br> General of the United States; MICHAEL ) <br> CHERTOFF, Secretary of the U.S. ) <br> Department of Homeland Security; ) <br> EMILIO T. GONZALES, Director of ) <br> U.S. Citizenship and Immigration Services; ) <br> ROSEMARY MELVILLE, District Director ) <br> of the San Francisco District Office, U.S. ) <br> Citizenship and Immigration Services; ) <br> FRANK SICILIANO, Field Office Director ) <br> for the San Jose USCIS Office; ROBERT S. ) <br> MUELLER, III, Director of the Federal ) <br> Bureau of Investigation, ) <br> ) <br>              Defendants. ) | No. C 08-1555 RMW <br><br> JOINT MOTION TO EXTEND TIME TO ANSWER;  ORDER |

///

///

///

///

///

///

JOINT MOTION TO EXTEND
C 08-1555 RMW                       1

On March 20, 2008, Plaintiff filed the above captioned action. The United States Attorney's Office was served on May 7, 2008. It now appears that this case may be resolved administratively within the next 60 days. Accordingly, the parties hereby jointly move, pursuant to approval of the Court, to modify the scheduling order as follows:

| | |
|---|---|
| Defendants' Answer: | August 11, 2008 |
| ADR Certification: | August 15, 2008 |
| Case Management Statement: | September 5, 2008 |
| Case Management Conference: | September 12, 2008, at 10:30 a.m. |

Dated: June 18, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

       /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: June 18, 2008

       /s/
LAURA W. BROWN
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' agreement, IT IS SO ORDERED.

Dated: 6/24/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

JOINT MOTION TO EXTEND
C 08-1555 RMW      2