JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

*E-FILED - 7/24/08*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMAD AGHIGHI, ) <br> ) <br>            Plaintiff  ) <br> ) <br>    v.               ) <br> ) <br> MICHAEL B. MUKASEY, Attorney ) <br> General of the United States; MICHAEL ) <br> CHERTOFF, Secretary of the U.S. ) <br> Department of Homeland Security; ) <br> EMILIO T. GONZALES, Director of ) <br> U.S. Citizenship and Immigration Services; ) <br> ROSEMARY MELVILLE, District Director ) <br> of the San Francisco District Office, U.S. ) <br> Citizenship and Immigration Services; ) <br> FRANK SICILIANO, Field Office Director ) <br> for the San Jose USCIS Office; ROBERT S. ) <br> MUELLER, III, Director of the Federal ) <br> Bureau of Investigation, ) <br> ) <br>            Defendants.  ) | No. C 08-1555 RMW <br><br> JOINT MOTION TO DISMISS; <br> ORDER |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

JOINT MOTION TO DISMISS
C 08-1555 RMW                1

Each of the parties shall bear their own costs and fees.

Dated: July 15, 2008                                    Respectfully submitted,

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney

                                                                 /s/
                                                            MELANIE L. PROCTOR[1]
                                                            Assistant United States Attorney
                                                            Attorney for Defendants

Dated: July 15, 2008                                           /s/
                                                            LAURA W. BROWN
                                                           Attorney for Plaintiff

**ORDER**

Pursuant to the parties' agreement, IT IS SO ORDERED. All pending deadlines are hereby TERMINATED. The Clerk shall close the file.

Dated: 7/24/08                                          *Ronald M. Whyte*
                                                           RONALD M. WHYTE
                                                          United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.